Henry W. Flexner, Appellant, *v.* B. T. Babbitt, Inc., et al., Respondents, et al., Defendants.

Argued January 14, 1943; decided March 4, 1943.

*Harold H. Levin, C. Walter Randall* and *Monroe Percy Bloch* for appellant.

*Avrom M. Jacobs* and *Robert C. Poskanzer* for Jennie M. Mendleson et al., as executors of Jerome Mendleson, Deceased, respondents.

*Horace S. Manges, Frank L. Weil* and *Gabriel Kaslow* for B. T. Babbitt, Inc., respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.